## AFFIDAVIT OF SPECIAL AGENT JOHN BARRON

I, John Barron, Special Agent of the United States Drug Enforcement Administration ("DEA") being duly sworn, depose and state as follows:

1. I, John Barron, am an investigator and law enforcement officer of the United States, empowered by law to conduct investigations and make arrests for offenses enumerated in The Controlled Substances Act of Title 21, United States Code, as well as offenses within the meaning of Title 18, United States Code, Sections 2510(7) and 2516.

2. I am a Special Agent ("SA") of the DEA, where I am responsible for investigations focusing on the importation and distribution of illegal narcotics. I have been employed by the DEA since July of 1999, and am currently assigned to the Springfield Resident Office ("SRO"). Prior to my employment with the DEA, I was employed as a United States Border Patrol Agent with the Immigration and Naturalization Service in San Diego, California, for approximately three years.

3. I have participated in numerous investigations of complex drug conspiracies and all stages of illegal narcotics distribution, in violation of 21 U.S.C. §§ 841(a)(1), 843(b), 846, 848, 952(a), and 963. I have been the affiant on several Title III electronic surveillance affidavits which have led to the interception of wire and electronic communications and the arrest and conviction of numerous individuals in both federal and state courts. I have also been the affiant on numerous search warrant affidavits in both state and federal courts. Many of these search warrants have resulted in the seizure of significant quantities of illegal narcotics, United States currency, firearms, related paraphernalia, packaging and manufacturing equipment used in the drug trade.

4. I am currently assigned to the DEA, New England Field Division, SRO. The SRO is comprised of agents of the DEA and police detectives from Holyoke, Springfield, Chicopee and West Springfield, Massachusetts and the Massachusetts State Police. This group of law enforcement officers are tasked together to investigate and assist in prosecuting drug offenses. The SRO also receives assistance from other federal, state and local agencies on a case specific basis, in particular the Department of Homeland Security ("DHS") and Federal Bureau of Investigation ("FBI") Gang Task Force.

5. Title 18, U.S.C. Section 922(g)(1) prohibits anyone "who has been convicted in any court of, a crime punishable by imprisonment for a term exceeding one year ... to ... possess ... any firearm or ammunition ... which has been shipped or transported in interstate ... commerce."

6. I have participated personally in the investigation of Hector GOMEZ ("GOMEZ"), the person named in the complaint and this affidavit. I am familiar with the facts and circumstances of this investigation based on my involvement in this investigation, specifically in the execution of a federal search warrant executed at 238 East Main Street, Chicopee, Massachusetts, the residence of GOMEZ.

7. On May 17, 2019, United States District Judge Mark G. Mastroianni issued a search warrant for 238 East Main Street, Chicopee, Massachusetts. The search warrant authorized agents to search at any time of the day or night.

8. On May 18, 2019, at approximately 4:40 am, agents of the SRO, with the assistance of officers of the Chicopee Police Department and the FBI Gang Task Force executed the search warrant at 238 East Main Street, Chicopee, Massachusetts. Present in the residence at the time of execution were GOMEZ, his wife and four minor children. After securing

the occupants of the residence and moving them to a safe location within the residence, a systematic search of the residence was conducted. Pursuant to the search of this residence the following items were located and seized:

- Two Cellular telephones belonging to GOMEZ seized from the master bedroom;

- A Glock 26 9 mm handgun with no serial number, which was found loaded with a magazine containing fourteen 9 mm bullets. This item was located in an unlocked safe on the floor of the living room next to a big screen television. Also seized from the safe was a holster for the Glock;

- Paperwork marked "Confidential" which contained the "General Rules," "Prayer," "Purpose," and other guidelines for membership in the "La Familia" street gang;

- Miscellaneous documents to include mail and bills in the name of GOMEZ with an address of 238 East Main Street, Chicopee, Massachusetts;

- A Glock 22 .40 Caliber Handgun with no serial number which was seized from an unlocked tool chest in the laundry room located on the first floor of the residence next to the kitchen;

- A small container of hardware referred to as "Glock Full Auto Sear," which is designed to convert a Glock semi-automatic handgun to be fully automatic;

- A Bushmaster Model XM15-E2S .223 caliber rifle bearing serial number L416639 loaded with a magazine containing 28 armor piercing bullets seized from a cardboard box in the basement of the residence; and

- An Arsenal SLR-9S 7.62 mm rifle bearing serial number BA363474 located in the basement of the residence along with two "Banana Clip" style magazines which

were taped together, each containing thirty 7.62 mm bullets for a total of sixty bullets.

9. Subsequent to the search of the residence, GOMEZ was transported to the Chicopee Police Department and booked on a federal charge of being a felon in possession of firearms and ammunition. GOMEZ was previously convicted in Hampden County Superior Court on November 24, 2008, of two counts of assault and battery with a dangerous weapon (handgun), two counts of unlawful possession of a firearm and one count of possession of heroin, which are each crimes punishable by imprisonment for a term exceeding one year. On September 3, 2015, GOMEZ was convicted in United States District Court, Springfield, Massachusetts of distribution and possession with intent to distribute heroin, which is a crime punishable by imprisonment for a term exceeding one year.

10. All evidence was transported back to the SRO where it was processed and secured according to DEA policy and procedure. On May 20, 2019, SA John McKee, of the Bureau of Alcohol Tobacco, Firearms and Explosives ("ATF") made a visual inspection of the firearms and ammunition seized from 238 East Main Street, Chicopee, Massachusetts. SA McKee informed me that both the Bushmaster XM15-E2S rifle bearing serial number L416639 and the Arsenal SLR-9S rifle bearing serial number BA363474 meet the federal definition of firearms. He further informed me that all of the ammunition seized meets the federal definition of ammunition. SA McKee further stated that the Bushmaster XM15-E2S rifle bearing serial number L416639, the Arsenal SLR-9S rifle bearing serial number BA363474 and all of the 102 rounds of ammunition seized were manufactured outside of Massachusetts and therefore traveled in interstate commerce.

I declare that the foregoing is true and correct.

_____
Special Agent John Barron
Drug Enforcement Administration
Springfield, MA Resident Office

Subscribed and sworn to before me this 20th day of May, 2019.

_____
HONORABLE KATHERINE A. ROBERTSON
UNITED STATES MAGISTRATE JUDGE
DISTRICT OF MASSACHUSETTS