UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE
2019 MAY 22 PH 1:29

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal No. 19cr.30022-MGM |
| | ) | Violation: |
| v. | ) | |
| | ) | Count One: Felon in Possession of Firearms and Ammunition |
| HECTOR GOMEZ, | ) | (18 U.S.C. § 922(g)(1)) |
| Defendant | ) | |
| | ) | Forfeiture Allegation: |
| | ) | (18 U.S.C. § 924(d); 28 U.S.C. § 2461(c)) |

INDICTMENT

COUNT ONE
Felon in Possession of Firearms and Ammunition
(18 U.S.C. § 922(g)(1))

The Grand Jury charges:

On or about May 18, 2019, in Hampden County, in the District of Massachusetts, the defendant,

HECTOR GOMEZ,

having previously been convicted in a court of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess, in and affecting commerce, firearms and ammunition, that is,

A Bushmaster, model XM-15-E2S, .223 caliber rifle bearing serial number L416639;

An Arsenal, model SLR-95, 7.62 mm rifle bearing serial number BA363474;

14 rounds of 9 mm ammunition; 28 rounds of 5.56 mm ammunition; and

60 rounds of 7.62x39 mm ammunition.

All in violation of Title 18, United States Code, Section 922(g)(1).

1

## FIREARM FORFEITURE ALLEGATION
(18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c))

The Grand Jury further finds:

1. Upon conviction of the offense in violation of Title 18, United States Code, Section 922, set forth in Count One of this Indictment, the defendant,

**HECTOR GOMEZ,**

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), any firearm or ammunition involved in or used in any knowing commission of the offense. The property to be forfeited includes, but is not limited to, the following:

   a. A Bushmaster, model XM-15-E2S, .223 caliber rifle bearing serial number L416639;

   b. An Arsenal, model SLR-95, 7.62 mm rifle bearing serial number BA363474;

   c. 14 rounds of 9 mm ammunition;

   d. 28 rounds of 5.56 mm ammunition; and

   e. 60 rounds of 7.62x39 mm ammunition.

2. If any of the property described in Paragraph 1, above, as being forfeitable pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), as a result of any act or omission of the defendant --

   a. cannot be located upon the exercise of due diligence;

   b. has been transferred or sold to, or deposited with, a third party;

   c. has been placed beyond the jurisdiction of the Court;

   d. has been substantially diminished in value; or

      e. has been commingled with other property which cannot be divided without difficulty;

it is the intention of the United States, pursuant to Title 28, United States Code, Section 2461(c), incorporating Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the property described in Paragraph 1 above.

All pursuant to Title 18, United States Code, Section 924, and Title 28, United States Code, Section 2461.

A TRUE BILL

_____
FOREPERSON

_____
TODD E. NEWHOUSE
ASSISTANT UNITED STATES ATTORNEY
DISTRICT OF MASSACHUSETTS

District of Massachusetts: May __23__, 2019
Returned into the District Court by the Grand Jurors and filed.

_____
DEPUTY CLERK

4